# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br><br>Master Docket Case No. 1:14-cv-01748<br><br>Honorable Matthew F. Kennelly |
| ARON LEWINGTON and CHRISTINE LEWINGTON, his wife,<br><br>Plaintiffs,<br><br>vs.<br><br>ENDO PHARMACEUTICALS, INC., a foreign corporation, and PROSTRAKAN GROUP PLC, a foreign corporation,<br><br>Defendants. | STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF PROSTRAKAN GROUP PLC<br><br>Civil Action No.: 6:14-cv-6420 |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF PROSTRAKAN GROUP PLC

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed that Plaintiffs, ARON LEWINGTON and CHRISTINE LEWINGTON, his wife ("Plaintiffs") dismiss their claims against Defendant ProStrakan Group, Plc ("ProStrakan") only, without prejudice, with each party to bear its own costs and fees. Any re-filing of any claims against ProStrakan will be in federal court only and only in the form of a single plaintiff-family Complaint. Plaintiffs will not oppose transfer of any re-filed action to any MDL involving similar Testosterone claims for pre-trial proceedings.

**IT IS SO STIPULATED:**

Dated: September 29, 2015

/s/ _____
Griffith J. Winthrop, III, Esquire
Alvarez, Winthrop, Thompson & Storey, P.A.
390 North Orange Avenue

|  |  |
|---|---|
|  | Suite 600<br>Orlando, Florida 32801<br>Telephone: (407)210-2795<br>Facsimile: (407) 210-2796<br>gjw@aswpa.com |
|  | ***For Plaintiffs*** |
| Dated: September 29, 2015 | /s/ _____<br>Carolyn Purwin Ryan<br>CIPRIANI & WERNER PC<br>450 Sentry Parkway, Suite 200<br>Blue Bell, PA 19422<br>(610) 567-0700 (phone)<br>(610) 567-0712 (fax)<br>cpurwin@c-wlaw.com |
|  | ***For Defendant ProStrakan Group, Plc*** |